# Court of Appeals
# of the State of Georgia

ATLANTA,  March 09, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0383. FABIAN DESHAN CROOM v. THE STATE.**

On February 19, 2026, Fabian Croom filed this application for discretionary review of the trial court's March 28, 2024 order denying him bond. An application for discretionary review must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35(d). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with it. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Croom filed this application nearly two years after the order he seeks to appeal, it is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/09/2026*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*